UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

TYRELL SMITH,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, MATTHEW MELENDEZ,
RAFAEL HERNANDEZ, BRYAN VESELY, JEREMY
HUNT, and JOHN DOES ONE through FIVE,

                                              Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 CV 5655(JBW)(RLM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 14, 2018

AMY RAMEAU
*Attorney for Plaintiff*
16 Court Street, Suite 2504
Brooklyn, NY 11241

By: _____
Amy Rameau
*Attorney for Plaintiff*

By: ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Melendez, Hernandez, Vesely, and Hunt*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Elizabeth Connelly
*Senior Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2